[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-10315

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

RODNEY TERRELL JACKSON,

Defendant- Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:10-cr-00020-AW-GRJ-1

_____

2                        Opinion of the Court                        24-10315

Before JILL PRYOR, BRANCH, and GRANT, Circuit Judges.

PER CURIAM:

Megan Saillant, appointed counsel for Rodney Jackson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jackson's revocation of supervised release and sentence are **AFFIRMED**.